Cooke, of New York City, for appellant. J. T. Cashman, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

---

BROWN, Respondent, v. ROSENSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Pierre M. Brown against Hyman Rosenson and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements, upon the ground that the uncontradicted evidence is that the defendants falsely represented as to the car "that they were thoroughly acquainted with it and knew its condition, and that the machinery was in perfect condition and would need no repairing, and that said automobile needed no overhauling."

---

BROWN, Appellant, v. TOWN OF EVANS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by M. Fillmore Brown, as administrator, etc., against the Town of Evans and others. No opinion. Judgment affirmed, with costs.

---

BROWNING, KING & CO. v. BLAU. FEIBER v. HOME SILK MILLS. BOJINSKY v. BERKOWITZ. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Actions by Browning, King & Co. against Henry Blau, by Silas Feiber against the Home Silk Mills, and by Minnie Bojinsky against Joel Berkowitz. No opinion. Applications denied, with $10 costs. Orders signed. See, also, 148 N. Y. Supp. 259.

---

BUSHBY v. BERKELEY. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by James C. Bushby against Lancelot M. Berkeley.

PER CURIAM. Motion so far granted as to allow defendant to serve his case within five days, and to serve the printed papers and have the appeal on the calendar by the 10th of November, 1914, ready for argument. If these conditions are not complied with, the motion to vacate the order dismissing the appeal is denied. Settle order on notice. See, also, 148 N. Y. Supp. 1108; 149 N. Y. Supp. 1073.

---

BUSHBY v. BERKELEY et al. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by James C. Bushby against Lancelot M. Berkeley and another. No opinion. Motion denied, with leave to renew, as stated in order. Order filed. See, also, 149 N. Y. Supp. 1073.

---

BUSHBY v. BERKELEY et al. (two cases). (Supreme Court, Appellate Division, First Department. October 16, 1914.) Actions by James C. Bushby against Lancelot M. Berkeley and another. No opinions. Motions denied, without costs. Orders filed. See, also, 149 N. Y. Supp. 1073.

---

BUSHBY, Respondent, v. BERKELEY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by James C. Bushby against Lancelot M. Berkeley and another. L. M. Berkeley, of New York City, for appellants. M. D. Steuer, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 N. Y. Supp. 1073.

---

BUSHBY v. BERKELEY et al. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by James C. Bushby against Lancelot M. Berkeley and another. No opinion. Order reversed, without costs, and motion granted extending time to serve case until November 10th. Order filed. See, also, 149 N. Y. Supp. 1073.

---

BUTLER, Respondent, v. McGOVERN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by George H. Butler against Patrick McGovern and another, copartners, etc. No opinion. Judgment and order unanimously affirmed, with costs.

---

BYRNES, Respondent, v. FIFTH AVE. COACH CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. October 30, 1914.) Actions by Edward Byrnes and by Walter Byrnes, an infant, against the Fifth Avenue Coach Company. T. H. Lord, of New York City, for appellant. F. R. Rich, of New York City, for respondent.

PER CURIAM. Judgments and orders reversed, and new trials ordered, costs to appellants to abide event, on the ground that the verdicts were against the weight of evidence. Settle orders on notice.

DOWLING, J., dissents.

---

BUCKLEY v. COLLYER. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Olive C. Buckley against Herman L. Collyer. With this case has been consolidated in this court cases bearing titles as follows: Bertha Makman v. Independent Order Free Sons of Judah; Sophia Schraemli v. Prudential Ins. Co.; New York Realty Credit Ass'n v. Leroy Coventry; Same v. Zealie Van Raalte; Barclay Ball v. Sarah E. Elliott; National Surety Co. v. Edmund K. Stallo; Edmund Coffin v. United Mfg. Trimming Co. No opinions. Applications denied, with $10 costs. Orders signed. See, also, 85 Misc. Rep. 402, 147 N. Y. Supp. 463; 147 N. Y. Supp. 1101; 86 Misc. Rep. 13, 148 N. Y. Supp. 141.

149 N.Y.S.—68